

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 17 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

David Cobble (et.al)
    Plaintiff(s)

vs.

| | | |
|---|---|---|
| Joseph R. Biden, Jr.<br>President of United States | Fani Willis<br>Fulton County Dist. Atty. | Election Interference and Suppression<br>Demand for Jury Trial |
| Elizabeth Jean Carroll | Kathy Hochul<br>Governor of New York | CASE NO. **1:24-CV-1615** |
| Alvin Bragg<br>New York Dist. Atty. | Letitia James<br>New York Atty. General | |
| Jack Smith<br>U.S. Dept. of Justice | Roberta Kaplan<br>Atty. at Law | |
| Shawn Crowley<br>Atty. at Law | | |
| | Defendants | |

## CIVIL ACTION COMPLAINT
## SEEKING PRELIMINARY, DECLARATORY
## AND INJUNCTIVE RELIEF

**I.   Parties to This Complaint**

**Plaintiffs**

1. David Cobble
P.O. Box 56110
Atlanta, Georgia
404-908-3032
davidcobble@fastmail.com

2. American citizens (if the case becomes class-action)

**Defendants**

Joseph R. Biden, Jr.
President of United States
c/o U.S. Solicitor General
Room 5614, Dept. of Jusitice
950 Pennsylvania Ave
Washington, D.C. 20530-0001

Fani Willis
Fulton County District Attorney
141 Pryor Street SW
Atlanta, Georgia  30303

Elizabeth Jean Carroll
c/o KAPLAN HECKLER & FINK
350 Fifth Avenue
63rd Floor
New York, NY 10118
(212) 763-0883

Roberta Kaplan
Atty. at Law
KAPLAN HECKLER & FINK
350 Fifth Avenue

Honorable Kathy Hochul
Governor of New York
New York State Capitol Bldg.
Albany, NY 12224
518-474-8390

Shawn Crowley
Atty. at Law
KAPLAN HECKLER & FINK
350 Fifth Avenue
63rd Floor

| | | |
|---|---|---|
| 404-612-4000<br>Jack Smith<br>U.S. Dept. of Justice<br>Special Counsel<br>c/o U.S. Solicitor General<br>Room 5614, Dept. of Jusitice<br>950 Pennsylvania Ave<br>Washington, D.C. 20530-0001 | (Kaplan cont.)<br>63rd Floor<br>New York, NY 10118<br>(212) 763-0883<br>rkaplan@kaplanhecker.com<br><br>Honorable Letitia James<br>New York Attorney General<br>The Capitol<br>Albany, NY 12224-0341<br>1-800-771-7755<br>NYAG.Pressoffice@ag.ny.gov | (Crowley cont.)<br>New York, NY 10118<br>(212) 763-0883<br>scrowley@kaplanhecker.com<br><br>Alvin Bragg<br>New York District Attorney<br>One Hogan Place<br>New York, NY 10013<br>212-335-9000 |

## II.  Basis for Jurisdiction

Federal courts have jurisdiction over disputes pertaining to violations of federal law involving interference with and suppression of federal and state elections, including initiating civil and criminal litigation solely for the purpose of politicizing the legal system to interfere with, suppress and corrupt the process of elections and sabotage candidacies to deny citizens quality presidential campaigns. The basis for federal jurisdiction are federal questions that involve the following constitutional, statutory, and case law provisions: Fifth and Fourteenth Amendments to U.S. Constitution; 18 U.S.C. §241; 18 U.S.C. §242; 18 U.S.C. §245; 18 U.S.C. §2414; 42 U.S.C. §1983; 42 U.S.C. §1984; 42 U.S.C. §1985; 52 U.S. Code § 20511; United States v. Armstrong, 517 U.S. 456 (1996).

## III.  Statement of Claim

**1.**

Each defendant in this civil action is part of a coordinated effort by Defendant Biden and Democrat Party elites and operatives to politicize and weaponize the legal system solely to corrupt the People's electoral process, and to weaken the candidacy, destroy the quality of the candidacy, and starve the candidacy of financial resources of my candidate of choice in the 2024 national elections—Mr. Donald J. Trump—as well as the choice of over 100 million U.S. citizens.

**2.**

Each defendant in this civil action is part of a coordinated effort by Defendant Biden and Democrat Party elites and operatives to politicize and weaponize the legal system to deny me (us) the opportunity to vote for a high quality, viable Republican presidential candidate (which is election interference).

**3.**

Accordingly, each defendant has brought civil or criminal litigation—or helped facilitate the same—solely for the political purpose to stop or hamper my (our) candidate of choice, Mr. Donald J. Trump

(Mr. Trump), from being elected President of the United States (which is election interference and suppression).

**4.**

In each case of said criminal or civil litigation or assistance to facilitate the same, there is absolutely no concern for justice or rule of law, but only to corrupt the People's electoral process and deprive and sabotage my (our) candidate's ability to run for President, which is election interference and suppression to deny my right to a high quality, viable Republican presidential candidate.

**5.**

Defendant Biden stoops to this brand of politics because it has become how the Democrat Party conducts political campaigns, and Defendant Biden is aware that his policies to destroy the United States—through: **a)** open border policy to let in terrorists and criminals, expand Mexican crime cartels across U.S., destroy U.S. cities, continue to get Americans killed by fentanyl, facilitate child and adult human trafficking, tens of thousands missing children, dissolve U.S. sovereignty, cheat in national elections, etc.; **b)** exponential rise in crime; **c)** giving tens of billions of borrowed U.S. tax dollars to illegal immigrants; **d)** secretly flying in some 325,000 illegal immigrants to U.S. cities from other countries; **e)** promoting an industry through K-12 schools to systematically remove children's sex organs and making them sterile under the pretext of *sex change*; **f)** pursuing an agenda through the Dept. of Education and National Education Association to "under-educate" America's children to deprive them of bright futures and sabotage America's workforce; **g)** his "climate crisis" lie (that life on earth will end in 10 years) as a pretext to destroy the U.S. fossil fuel and gasoline automobile industries; **h)** his $7.4 trillion budget to drive U.S. into default and financial ruin; **i)** his planned government controlled digital currency to track and control the lives of Americans to ultimately force them into extreme Leftist ideology and lifestyles; **j)** weaponizing U.S. agencies against the American people; **k)** fighting in the courts to get permission to violate Americans' First Amendment right to free speech; **l)** selling off nearly half of America's strategic oil reserves without replacing them at a time when China is preparing for war against the U.S.; **m)** refusing to account for the hundreds of billions of Ukraine funding because much of it is being laundered; **n)** deliberately weakening and depleting the ranks of the U.S. military through woke ideology and waging covert culture war against *white masculine males*, the traditional backbone of U.S. Armed Forces; **o)** his sabotaging the 2022 peace deal between Russia and Ukraine, and declared policy to make Ukraine part of NATO, to park NATO next door to Russia and install/point missiles toward Russia to instigate nuclear war; **p)** funding international terrorism by funneling tens of billions of dollars to Iran; **q)** his intentional

mismanagement of the U.S. and global economies to drive up prices and destabilize banks and real estate markets; **r)** his destructive foreign policies which have made the world exponentially more violent and dangerous and placed it on the brink of World War III—will not get him re-elected.

**6.**

Defendant Biden has tentative plans to use his agenda of destruction to manufacture global and national emergencies to create a pretext to declare Martial Law as a pretext to shut down the 2024 elections and election season to prevent my (our) candidate of choice, Mr. Trump from being duly elected as President—if Biden and Democrat operatives fail to stop Mr. Trump by other means.

**7.**

Defendant Biden has initiated a series of Executive Actions designed to largely nullify the national election results by moving to make it difficult to terminate federal employees (a new form of election interference) who are loyal to his agenda to destroy the United States as elaborated in Paragraph 5.

**8.**

Democrat operative Defendant Kathy Hochul, Governor of New York, signed into a law a provision to vastly extend the "statute of limitations" for rape and sexual assault in New York, solely for the purpose of allowing Defendant Elizabeth Jean Carroll to bring lawsuits against Mr. Trump pertaining to allegations of sexual assault that allegedly occurred over two (2) decades ago.

**9.**

Defendant Hochul's purpose for signing said provision into state law was purely political, having nothing to do with justice or the rule of law, and solely intended to degrade the quality of my (our) candidate of choice, Mr. Trump, and injure his chances of becoming the next President of the United States and deny me (us) the opportunity and right to vote for a high quality, viable Republican presidential candidate.

**10.**

Defendant Carroll's lawsuits against my (our) candidate of choice were totally politically motivated, having nothing to do with sexual assault, and were financed by a bevy of wealthy Democrat operatives —having the same political motivations who back Defendant Biden's destructive agenda—intent on destroying my (our) candidate of choice chances of becoming President of the United States and deny me (us) the opportunity and right to vote for a high quality, viable Republican presidential candidate.

**11.**

Democrat operatives Defendant Roberta Kaplan and Defendant Shawn Crowley are the attorneys who represent Defendant Carroll in her purely political civil actions against my candidate of choice, knowing that the sole purpose for Carroll's lawsuits against Mr. Trump had nothing to do with justice or the rule of law, but to merely injure his ability to become President of the United States and deny me (us) the opportunity and right to vote for a high quality, viable Republican presidential candidate.

**12.**

Defendants Kaplan and Crowley were well aware at the time of their litigation against Mr. Trump that Defendant Hochul, as New York Governor, had signed into law to vastly extend New York's "statute of limitations" regarding rape and sexual assault was solely for the purpose of bringing purely political lawsuits against my candidate of choice, Mr. Trump, to injure and hamper his ability to be elected President of the United States and deny me (us) the opportunity and right to vote for a high quality, viable Republican presidential candidate.

**13.**

Defendants Roberta Kaplan and Shawn Crowley were paid for their legal services by a bevy of wealthy Democrat operatives —having the same political motivations who back Defendant Biden's agenda to destroy the United States—intent on destroying my (our) candidate of choice chances of becoming President of the United States and to deny me access to a quality Republican presidential candidacy.

**14.**

Defendants Kaplan and Crowley knew that by prosecuting Defendant Carroll's lawsuits against Mr. Trump, they were assisting Defendant Biden's illegal agenda to destroy the United States through illegal and destructive policies as outlined in Paragraph 5.

**15.**

Defendant Fani Willis, a Democrat operative and District Attorney of Fulton County, Georgia, initiated her criminal prosecution of my candidate of choice, Mr. Trump—having nothing to do with justice or the rule of law—solely for the purpose of injuring his chances of being elected President and deny me (us) the opportunity and right to vote for a high quality, viable Republican presidential candidate.

**16.**

Prior to initiating criminal charges against Mr. Trump, Defendant Willis had a number meetings at the People's White House with the Biden Administration, who gave Defendant Willis millions of tax

dollars to prosecute Trump solely for political reasons, having nothing to do with justice or the rule of law.

**17.**

Several years ago, Defendant Willis arranged with Defendant Biden as president to bring felony charges against my candidate of choice in attempts to coordinate her prosecution to ensure that Mr. Trump is convicted and incarcerated at the time of the November 2024 elections.

**18.**

Defendant Willis is part of the Democrat Party's working pattern to use to the legal system solely for political reasons to destroy the candidate I (we Americans) choose to vote for in the 2024 November elections and deny me (us) the opportunity and right to vote for a high quality, viable Republican presidential candidate.

**19.**

Defendant Willis ran for public office to join Defendant Biden's agenda to turn the United States into a lawless nation.

**20.**

Defendant Willis understands that her political persecution of Mr. Trump is intended to aid Defendant Biden in his agenda to corrupt our political system and destroy the United States as outlined in Paragraph 5.

**21.**

Defendant Letitia James, a Democrat operative and Attorney General of New York, initiated civil litigation against my candidate of choice—having nothing to do with justice or the rule of law—solely for the purpose of injuring Mr. Trump's chances of being elected President.

**22.**

The political campaigns of Defendant James and Defendant Bragg, when running for NY Attorney General and NYC District Attorney offices, respectively, were almost entirely financed by billionaire George Soros, who has donated some $75 million to get "pro-crime" prosecutors like James and Bragg elected all over the United States in his drive to literally destroy U.S. cities. Defendants James and Bragg have no interest in justice or law and order; their interest in prosecuting my (our) candidate of choice, Mr. Trump, is purely political, intended to interfere with and alter the 2024 elections. (NOTE: Soros is part of a billionaire cabal that is quietly buying up local conservative news outlets in conservative districts across the U.S. to turn the entire news industry into a propaganda machine for destructive woke and extreme leftist ideology.)

**23.**

Prior to becoming Attorney General, Defendant James did not campaign on a promise to bring law and order to the state of New York; she campaigned solely on her promise to "Get Trump" and to use the power of the New York AG's office bring him down solely for political purposes.

**24.**

Like Democrat prosecutors generally, Defendant James does not care about law and order and she is a "pro-crime" jurist who prosecuted Mr. Trump solely for political reasons, i.e., to do whatever she can to damage and obstruct his ability to be elected President of the United States.

**25.**

Defendant James is part of the Democrat Party's working pattern to use the legal system solely for political reasons to destroy the candidate I (we Americans) choose to vote for in the 2024 November elections to deny me access to a quality Republican presidential candidacy.

**26.**

Defendant James ran for public office to join Defendant Biden's agenda to turn the United States into a lawless nation.

**27.**

Defendant James understands that her political persecution of Mr. Trump is intended to aid Defendant Biden in his agenda to thoroughly corrupt our political system and destroy the United States as outlined in Paragraph 5.

**28.**

Defendant Alvin Bragg, a Democrat operative and District Attorney of New York City, initiated criminal prosecution of my candidate of choice—having nothing to do with justice or the rule of law— solely for the purpose of injuring Mr. Trump's chances of being elected President.

**29.**

Defendant Bragg systematically releases criminals back onto the streets of New York after committing violent, heinous crimes, even illegal immigrants who physically assault police officers. Like Democrat prosecutors generally, Defendant Bragg does not care about justice or law and order and is a "pro-crime" district attorney who prosecuted my (our) candidate of choice, Mr. Trump solely for political purposes, i.e., to do whatever he can to damage and obstruct his ability to be elected President of the United States.

**30.**

Defendant Bragg is part of the Democrat Party's working pattern to use the legal system solely for pol-

itical reasons to destroy the candidate I (we Americans) choose to vote for in the 2024 November elections to deny me (us) access to a quality Republican presidential candidacy.

31.

Defendant Bragg understands that his political persecution of Mr. Trump is intended to aid Defendant Biden in his agenda to thoroughly corrupt our political system and destroy the United States as outlined in Paragraph 5.

32.

Defendant Jack Smith, a Democrat operative and Special Prosecutor for U.S. Department of Justice, initiated criminal prosecution of my (our) candidate of choice—having nothing to do with justice or the rule of law— solely for the purpose of injuring Mr. Trump's chances of being elected President.

33.

Like Democrat prosecutors generally, Defendant Smith does not care about law and order and is a "pro-crime" jurist who prosecuted Mr. Trump solely for political reasons, i.e., to do whatever he can to damage and obstruct his ability to be elected President of the United States.

34.

Defendant Smith is part of the Democrat Party's working pattern to use the legal system solely for political purposes to destroy the candidate I (we Americans) choose to vote for in the 2024 November elections to deny me (us) access to a quality Republican presidential candidacy.

35.

Defendant Smith is part of Defendant Biden's and Democrat Party's agenda to turn the United States into a lawless nation.

36.

Defendant Smith understands that his political persecution of Mr. Trump is intended to aid Defendant Biden in his agenda to thoroughly corrupt our political system and destroy the United States as outlined in Paragraph 5.

## IV. Relief Wanted

A.
### Request for Class-Action Certification
### Pursuant to Rule 23, FRCP
### and Appointment of Counsel

Since the vast majority of Americans hanker for Democrat operatives to stop using the legal system to interfere with and suppress the 2024 elections, it is prayed that the Court turn this case into a class-

action suit pursuant to Rule 23, FRCP, and that the Court appoint legal counsel to litigate these proceedings. The following attorneys and law firms have shown an interest in representing the American people in this kind of situation:

G. Jason Thompson, Esq.
The Thompson Law Firm, PC
6455 East Johns Crossing
Suite 400
Johns Creek, GA 30097
678-331-4310
Jason@ThompsonLawFirm.US

Stephen Miller, Esq.
America First Legal Law Firm
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
972-247-3800 (Texas office)

Harmeet Dhillon, Esq.
Dhillon Law Firm
177 Post Street  Suite 700
San Francisco, CA 94108
415-433-1700
harmeet@dhillonlaw.com

Gene Hamilton, Esq.
America First Legal Law Firm
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
972-247-3800 (Texas office)

Tom Fitton, Esq.
Judicial Watch, Inc.
425 Third Street SW
Suite 800
Washington, DC 20024
202-646-5172

David Bowsher, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203
205-226-8734
dbowsher@balch.com

### B.
### Immediate Preliminary Injunction to Pause/Stay All Litigation Against Mr. Trump Until the Issues and Allegations of this Civil Action Are Resolved

To ensure a clean, uncorrupted election season in 2024, to avoid all appearances of election interference, pending a jury determination of whether the allegations of this Complaint are true regarding election interference and suppression by the defendants, it is prayed that the Court immediately pause and stay all litigation being waged against Mr. Trump by the defendants.

Thus, it is prayed:

(1) that the Court Order that Mr. Trump to be temporarily relieved of paying any damages, fees or costs associated with the judgments of the lawsuits Defendant Carroll filed against him;

(2) that the Court Order Defendant Willis to temporarily pause all felony and misdemeanor proceedings and litigation against Mr. Trump;

(3) that the Court Order that Mr. Trump be temporarily relieved of paying any damages, fees or costs associated with the judgments of the lawsuits Defendant James filed against him, that Defendant James temporarily pause all litigation against Mr. Trump, and that Defendant James execute the process to return all moneys paid by Mr. Trump and others who paid moneys on Mr. Trump's behalf to the State of New York and or financial entities that received such funds;

(4) that the Court Order Defendant Bragg to temporarily pause all felony and misdemeanor pro-

ceedings and litigation against Mr. Trump;

(5) that the Court Order Defendant Smith to temporarily pause all felony and misdemeanor proceedings and litigation against Mr. Trump.

## C.
## Declaratory Relief Sought

Upon a finding by a jury that the defendants instituted civil or criminal proceedings against Mr. Trump solely for political purposes to injure, obstruct the ability of—and prevent, if possible—the candidate of my (our) choice from campaigning for the Presidency of the United States; to degrade the candidacy of my choice, to deny me (us) the opportunity to vote for a high quality, viable presidential candidate, it is prayed that the Court will DECLARE that:

- Defendant Biden did commit election interference and suppression by using the Office of the U.S. Presidency to propagate and continue a culture within the Democrat Party to aggressively encourage Democrat Party operatives to file civil and criminal litigation against Mr. Trump solely for political purposes to injure, hamper, obstruct and prevent, if possible, his candidacy for the U.S. Presidency to deny citizens a quality Republican presidential candidacy;

- Defendant Hochul did commit election interference and suppression by using the Office of the Governor of New York to sign into law a provision that was solely politically motivated to extend the "statute of limitations" so that Mr. Trump could be accused in a lawsuit of an alleged sexual assault that allegedly took place over two (2) decades ago; that Defendant Hochul violated Mr. Trump's Fourteenth Amendment right to due process of the law in the process of promulgating such a law solely to degrade his candidacy for U.S. President as part of Democrat Party pattern to deny U.S. citizens a quality Republican presidential candidacy;

- Defendants Carroll, Kaplan and Crowley did commit election interference and suppression when bringing civil litigation against Mr. Trump solely for political purpose of degrading his candidacy for U.S. President as part of Democrat Party pattern to deny citizens a quality Republican presidential candidacy;

- Defendant Willis did commit election interference and suppression as Fulton County District Attorney by filing felony charges against Mr. Trump solely for the political purpose of degrading his candidacy for U.S. President as part of Democrat Party pattern to deny citizens a quality Republican presidential candidacy;

- Defendant James did commit election interference and suppression as New York Attorney General by filing civil charges against Mr. Trump solely for the political purpose of degrading

his candidacy for U.S. President as part of Democrat Party pattern to deny citizens a quality Republican presidential candidacy;

- Defendant Bragg did commit election interference and suppression as New York District Attorney by filing felony charges against Mr. Trump solely for the political purpose of degrading his candidacy for U.S. President as part of Democrat Party pattern to deny citizens a quality Republican presidential candidacy;
- Defendant Smith did commit election interference and suppression as Dept. of Justice Special Counsel by filing felony charges against Mr. Trump solely for the political purpose of degrading his candidacy for U.S. President as part of Democrat Party pattern to deny citizens a quality Republican presidential candidacy.

### D.
### Injunctive Relief Sought

It is prayed that the Court:

- Order Defendant Biden to vacate his tentative plan to shut down or pause the 2024 November elections and that he has no authority to order said shut down or pause even if he declares State of Emergency or Martial Law prior to the elections; for the evidence is clear that any declared emergency or Martial Law would be manufactured by Defendant Biden;

- Vacate and vitiate all Executive Actions Defendant Biden is attempting to put in place to make it difficult to terminate the employment of federal officials and employees who are loyal to his destructive agenda (this is an attempt by Defendant Biden to nullify effects and results of U.S. elections, i.e., election interference);

- Order that all proceedings and judgments in the lawsuits Defendants Kaplan and Crowley filed against Mr. Trump on behalf of Defendant Carroll are null and void having no legal effect for no one in the United States has legal standing or authority to bring legal action against anyone solely for political purposes to interfere with and suppress any electoral process;

- Order that all proceedings and judgments in the felony case Defendant Willis filed against Mr. Trump are null and void having no legal effect for no one in the United States has legal standing or authority to bring legal action against anyone solely for political purposes or to interfere with and suppress any electoral process;

- Order that all proceedings and judgments in the lawsuits Defendant James filed against Mr. Trump are null and void having no legal effect for no one in the United States has legal

standing or authority to bring legal action against anyone solely for political purposes to interfere with and suppress any electoral process;

- Order that all proceedings and judgments in the felony cases Defendant Bragg filed against Mr. Trump are <u>null and void</u> having no legal effect for no one in the United States has legal standing or authority to bring legal action against anyone solely for political purposes to interfere with and suppress any electoral process;

- Order that all proceedings and judgments in the felony cases Defendant Smith filed against Mr. Trump are <u>null and void</u> having no legal effect for no one in the United States has legal standing or authority to bring legal action against anyone solely for political purposes or to interfere with and suppress any electoral process.

It is prayed that the Court order defendants to pay all legal fees and costs associated with this litigation.

It is prayed that the Court grant whatever further relief it deems just and proper.

Signed this _____16TH_____ day of April, 2024.

*David Cobble*
David Cobble

## CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Signed this ___16TH___ day of April, 2024

*David Cobble*

David Cobble
P.O. Box 56110
Atlanta, Georgia  30343
404-908-3032
davidcobble@fastmail.com