

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

David Cobble (et.al)
    Plaintiff(s)

vs.

| | | |
|---|---|---|
| Joseph R. Biden, Jr.<br>President of United States | Fani Willis<br>Fulton County Dist. Atty. | Election Interference and Suppression<br>Demand for Jury Trial |
| Elizabeth Jean Carroll | Kathy Hochul<br>Governor of New York | CASE NO. **1:24-CV-1615** |
| Alvin Bragg<br>New York Dist. Atty. | Letitia James<br>New York Atty. General | |
| Jack Smith<br>U.S. Dept. of Justice | Roberta Kaplan<br>Atty. at Law | |
| Shawn Crowley<br>Atty. at Law | Defendants | |

### MEMORANDUM OF LAW and TREATISE

In May 2023, attorney Dennis Boyle of Boyle & Jasari Law published an article about DA Bragg's case against Donald Trump. In part, Mr. Boyle wrote:

> Rather than resolve whether the prosecution of Donald Trump is politically motivated, I would like to point out that *it doesn't matter if the prosecution is politically motivated…* <u>The only thing that counts is the evidence</u>… <u>That is the only question that counts</u>. (Underline added.)

Because our country has never experienced politics as they are currently, it is understandable that Mr. Boyle fails to see that Bragg, along with Trump's other prosecutors, Defendant Willis and Defendant Smith, are literally committing the very same crimes they are charging Trump with, *election interference*. Mr. Boyle is missing the fact that their "prosecutions become crimes" if their prosecutions are brought *solely* for interfering in the presidential election. They are violating a bevy of criminal laws in their pursuit of Trump, and one of them is 18 U.S.C. § 241 which provides:

> If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same… They shall be fined under this title or imprisoned not more than ten years, or both—

Prosecutors enjoy Prosecutorial Immunity only when they commit crimes and misconduct within a case after the case is opened against a defendant for legitimate reasons. Prosecutors DO NOT have immunity from criminal prosecution or civil liability for <u>starting</u> an investigation or prosecution for the sole purpose of obstructing a presidential campaign or for interfering with one's right to run for president. That's because prosecutors act completely outside their jurisdiction in doing so. They have no subject-matter jurisdiction to bring such cases.

It is repeatedly alleged in the Complaint that each of the defendants initiated their cases against Mr. Trump solely for election interference as part of Democrat elites' infamous pattern of scorched earth politics. The evidence is overwhelming, as the Court and jury shall see as this case proceeds.

It doesn't matter if the defendants have evidence against Mr. Trump; if they are using the evidence for purely political reasons to sabotage his candidacy and our democracy and elections, they have no legal standing or authority to bring their cases. It is up to a to jury to decide if their motivations are purely political. It would be woefully unfair and against long established jurisprudence to allow defendants' cases to stand without a determination of their motivations by a jury.

Another test for whether their motivations are purely political is to ask whether the allegations against Mr. Trump, if true, reflect normal behavior that is not enforced by government authorities. Preliminarily, the answer to that question is "yes" in every case brought against him by the defendants. From my own examination of his indictments, he is merely being called down for speaking his mind about things and perhaps passing on inaccurate bookkeeping. The most prominent charge against Mr. Trump is *fraud*, which in some situations has been made <u>de facto legal</u> by the banking industry and government itself, like when fraud is applied to the valuation of assets (see ATTACHMENT, book excerpt attached hereto) and other matters of accounting. Many accounting gimmicks are not fraud.

But as the Court considers this case, another equally important question before it is why has the Democrat Party, starting with the Obama Administration, suddenly resorted to lawless, criminalized politics that include election interference, suppression and fraud? The short answer is partially seen in Paragraph 5 of the Complaint. The Democrat Party has become part of a globalist, international consortium that has infiltrated the U.S. government to actually destroy America. The Biden Administration is part of that consortium, which emanates from the European Union.

The American people and a potential Trump presidency stand in the way of their plans, which seek world domination and subjugation of the world's masses. It is why Democrat elites have made election interference and voter fraud and cheating systemic. And the defendants of this civil action can be held legally liable if they proceed with their election interference agenda.

2

## TREATISE:
### Historical Perspective of Democrat Election Interference Pattern: Destruction of Children to Rob America's Future

The destruction of the United States requires systematic destruction of America's youth, either by convincing youngsters to self-destruct or by setting up myriads of situations to get them killed or stifle development, such as killing the unborn at all stages of pregnancy, legalizing and decriminalizing illicit drugs, robbing them of proper family structure, creation of pro-crime policies, deprivation of adequate education, indoctrination with sex and counterfeit knowledge and so on.

Methodically and historically, Democrats create vices for adults, then once the vices (or sins) are normalized among adults, they systematically direct them toward youth. This is their playbook that set up their need to eventually steal elections to win.

Their agenda is criminal and felonious, for they are quite literally trying the destroy the United States and make the nation weak and ripe for takeover by other nations. Since Biden's presidency, they have stolen and deliberately wasted trillions of tax dollars (Biden submits budgets of around $7.5 trillion, President Trump's budgets hovered at $4 trillion.) So far, they have gotten away with their criminal activities by cloaking them in *social policies*.

Democrats started priming the public for what they're doing to America today by sneakily deleting our "culture of morality." Morality is the essential social imperative by which a free people do *right*

### Dem/Leftist Policies, Actions To Kill, Destroy America's Youth

- Early term abortion
- Late term abortion
- Birthday abortion (Legal in 10 Democrat states)
- 28 day infanticide (called afterbirth abortion, legal in Colorado and California)
- When possible, deny kids their fathers while putting men and women at odds with one another.
- U.S. Dept. of Education and NEA indoctrinate K-12 youth with sex, homosexuality and transgenderism.
- In 1,500 school districts, DoE and NEA (without parental notification) entice kids to submit to removal of sex organs, puberty blockers, sterility, under guise of *sex change*.
- After stigmatizing trade skills training, DoE bureaucrats shut down vast majority of vocation/trade high schools.
- DoE and NEA de-emphasize education basics such as reading, writing, arithmetic while making Leftist ideology an education priority.
- DoE and NEA have largely removed *cursive handwriting* instruction from education.
- Biden Admin. moved DoE and NEA to urge K-12 schools to shift to 4-day school week.
- Leftist NGOs, such as Am. Psychological Assoc. and Am. Psychiatric Assoc. are part of DoE and NEA scheme to *misprescribe* psychotropic drugs to boys to blunt natural male physical play and activity.
- Legalization and decriminalization of illicit drugs to make them easily accessible to youngsters.
- Pro-crime policies for adults to entice youngsters to think criminal activity is "cool" and acceptable.
- DoE removing scholastic advancement based on *merit* from education system.
- DoE and NEA, where allowed, have abolished homework and tests for K-12 students.

3

by one another.

Otherwise, in a culture of immorality, people screw over, abuse and kill one another. Children are abused most. Institutions and people become corrupt. That is the state of America today.

The Bible's term for morality—defined as to do what is "right"—is *righteousness*. Righteousness—and its variant spellings—*right*, *righteous*, *righteously*, and *rightly*—appear in the King James Bible 1,209 times. To do what is right is the purpose for which <u>everyone</u> was created.

Of course, there is no way Dems could get away with pursuing their agenda of destruction back in 1965. Not only would people have been horrified by removing the sex organs of children and the idea that there are more than two sexes, Dems would never win another federal, state or local election.

They first had to remove morality from American culture to gain some degree of public acceptance for their insidious aspirations, which they did slowly over five decades under the guise of social policies. First, they passed laws in a few Democrat states (1965) to kill unborn babies under the pretext of female freedom and reproductive rights. Then a few Democrat states passed *no-fault divorce* laws (1970) to mainstream fornication, leave kids without fathers and proper family structure, and make men and women disdain one another under the pretext of female freedom. By 1975, Leftist operatives began selling the idea that it is cool for two men to have sex. They strived and manipulated for five decades to gain public acceptance of homosexuality.

In 1977, NGOs such as the ACLU, NEA, NOW, etc., and Leftist politicians tricked President Jimmy Carter into creating the U.S. Department of Education (DoE) to give Leftist education bureaucrats power over K-12 schools in every state. Carter was not aware of their motives, which were to send America's K-12 and college education systems into decline and systematically indoctrinate youth with sex, homosexuality, transgenderism and Leftist ideology. (See two editions of Professor Christina Hoff Sommers's book *The War Against Boys*. She means a real war.)

The linchpin for public acceptance of immorality was the gaining of government recognition, even if only at the state level; i.e., to turn Leftists' immoral initiatives into law by state legislature or judicial fiat. Once government says a vice is okay, then the mainstream begins to accept it as okay.

### Obama Presidency Set Final Stage for Democrat Culture of Election Interference and Fraud

The Obama Administration appointed two justices to the Supreme Court to force every state to make gay marriage legal. After the Court did so in *Obergefell v. Hodges* (2015), Obama signed Executive Orders attempting to force doctors to perform sex change surgeries and to force K-12 schools to open girls' restrooms, locker rooms and dressing facilities to males who identify as female.

4

All of this emanates from the EU Deep State. Obama's presidency marked the start of consolidating globalists' designs on the U.S. It was the start of Leftist elites to force Leftist extremes and immorality upon all of America, and prepare to dissolve U.S. sovereignty by eliminating the U.S border, among other things. A Clinton presidency, if Hillary Clinton had won in 2016, was to be a continuation of the unconstitutional, unlawful path Obama had begun. However, her unpopularity among many made the 2016 presidential race too close to call, placing their all important globalist agenda in jeopardy.

In an effort to put the 2016 election in Leftists' favor, Democrat operatives, including Clinton and figures within the FBI, began to falsely accuse Mr. Trump of Russian collusion and financed the well known fraudulent "Steel dossier" to support the Russian collusion lie.

Trump's victory in 2016 was a monkey wrench thrown into their globalist agenda. The stakes of the 2020 campaign were also crucial for Democrats. When it came out that the infamous "Hunter Biden laptop" documented Joe Biden's history of selling U.S. secrets and influence to China and other nations, Biden's campaign composed a fraudulent letter signed by fifty-one (51) current and former U.S. intelligence officials publishing the lie that Hunter's laptop is a Russian hoax. By all accounts, that great fraud helped Biden win the 2020 presidential election.

From the Obama presidency on, Democrats were put in a position by which, in order to save their globalist scheme, they have to win elections by any means necessary, even if it means committing serious crimes.

### Conclusion

The Congressional impeachment proceedings against President Biden have exposed him as a career criminal who made tens of millions selling U.S. secrets. Everything Biden does has an ulterior and criminal motive. His and Dems' history of election interference is evidence and a predictor of current and future interference as alleged in the Complaint. The American people, through the judiciary, have cause to pause defentants' cases against Mr. Trump so a jury can ascertain that each defendant in the Complaint are committing election interference.

_____End_____

Respectfully submitted this ___16TH___ day of April, 2024.

_David Cobble_
David Cobble

5

From the book *The Creature From Jekyll Island*, p.78

78         THE CREATURE FROM JEKYLL ISLAND

### ACCOUNTING GIMMICKS ARE NOT FRAUD

We must keep in mind that a well managed institution would never assume these kinds of risks or resort to fraudulent accounting if it wanted to stay in business for the long haul. But with Washington setting guidelines and standing by to make up losses, a manager would be fired if he didn't take advantage of the opportunity. After all, Congress specifically said it was OK when it passed the laws. These were loopholes deliberately put there to be used. Dr. Edward Kane explains:

> Deception itself doesn't constitute illegal fraud when it's authorized by an accounting system such as the Generally Accepted Accounting Principles (GAAP) system which allows institutions to forego recording assets at their true worth, maintaining them instead at their inflated value. The regulatory accounting principles system in 1982 added even new options to overstate capital.... Intense speculation, such as we observed in these firms, is not necessarily bad management at all. In most of these cases, it was clever management. There were clever gambles that exploited, not depositors or savers, but taxpayers.[1]

The press has greatly exaggerated the role of illegal fraud in these matters with much time spent excoriating the likes of Donald Dixon at Vernon S&L and Charles Keating at Lincoln Savings. True, these flops cost the taxpayer well over $3 billion dollars, but all the illegal fraud put together amounts to only about one-half of one per cent of the total losses so far.[2] Focusing on that minuscule component serves only to distract from the fact that the real problem is government regulation itself.

### JUNK BONDS ARE NOT JUNK

Another part of the distraction has been to make it appear that the thrifts got into trouble because they were heavily invested in "junk bonds."

Wait a minute! What are junk bonds, anyway? This may come as a surprise, but those held by the S&Ls were anything but junk. In fact, in terms of risk-return ratios, most of them were superior-grade investments to bonds from the Fortune-500 companies.

---

1. "FIRREA: Financial Malpractice," by Edward J. Kane, *Durell Journal of Money and Banking*, May, 1990, p. 5.
2. "Banking on Government," by Jane H. Ingraham, *The New American*, August 24, 1992, p. 24.

**ATTACHMENT**