# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

David Cobble (et.al)
    Plaintiff(s)

vs.

| | |
|---|---|
| Joseph R. Biden, Jr.<br>President of United States | Fani Willis<br>Fulton County Dist. Atty. |
| Elizabeth Jean Carroll | Kathy Hochul<br>Governor of New York |
| Alvin Bragg<br>New York Dist. Atty. | Letitia James<br>New York Atty. General |
| Jack Smith<br>U.S. Dept. of Justice | Roberta Kaplan<br>Atty. at Law |
| Shawn Crowley<br>Atty. at Law | |

    Defendants

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 19 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Election Interference and Suppression
Demand for Jury Trial

CASE NO. **1:24-CV-1615**

## AMENDED
## MEMORANDUM OF LAW
## and TREATISE

In May 2023, attorney Dennis Boyle of Boyle & Jasari Law published an article about Defendant Bragg's case against Donald Trump. In part, Mr. Boyle wrote:

> **Rather than resolve whether the prosecution of Donald Trump is politically motivated, I would like to point out that** *it doesn't matter if the prosecution is politically motivated…* <u>**The only thing that counts is the evidence**</u>**…** <u>**That is the only question that counts**</u>. (Underline added.)

Because our country has never experienced politics as they are today, it is understandable that Mr. Boyle fails to see that Bragg, along with other defendants in this case, are literally committing the very crimes they are charging Mr. Trump with, *election interference*—especially since evidence against Mr. Trump is highly questionable or corrupted. Mr. Boyle is missing the fact that their "prosecutions become crimes" if their prosecutions are brought *solely* for interfering with and or swaying the presidential election to deny citizens' right to an unadulterated election process. They are violating a bevy of civil and criminal laws in their pursuit of Mr. Trump, and one of them is 18 U.S.C. § 241 which provides:

> If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so

exercised the same... They shall be fined under this title or imprisoned not more than ten years, or both—

It is axiomatic that the Constitution and federal law protect U.S. citizens against the violation of legal rights. Without question, the prosecutions and civil actions against Mr. Trump are "political." But this case turns largely on **1)** whether the litigation against him is "purely political" and **2)** legal standing and jurisdiction.

Prosecutors enjoy Absolute Prosecutorial Immunity only if they commit crimes and misconduct within a case after the case is opened against a defendant for legitimate reasons. Prosecutors DO NOT have immunity from criminal prosecution or civil liability for <u>starting</u> an investigation or prosecution for the sole purpose of obstructing a presidential campaign or for interfering with one's right to run for president or for denying citizens' right to clean elections. That's because prosecutors act completely outside their jurisdiction in doing so. Because in such situations they <u>start with the intent to commit a crime</u>, they obviously have no subject-matter jurisdiction (authority) to bring such cases.

It is repeatedly alleged in the Complaint that each of the defendants initiated their cases against Mr. Trump solely for corrupting the 2024 elections as part of Democrat elites' infamous pattern of scorched earth politics. The evidence is overwhelming, as the Court and jury shall see, as this case proceeds.

It doesn't matter if the defendants have evidence against Mr. Trump; if they are using the evidence for purely political reasons to sabotage his candidacy and our democracy and elections, they have no legal standing or authority to bring their cases. But the fact that evidence against Mr. Trump is highly questionable, manipulated and or corrupted all the more proves that defendants' cases against him are purely political. It is up to a to jury to decide if their motivations are solely political.

It would be a "miscarriage of justice" and "fundamentally unfair" to Mr. Trump and American citizens —and against long established jurisprudence—to allow defendants' cases to stand or proceed without a determination of their motivations by a jury.

Another test for whether their motivations are purely political is to ask whether the allegations against Mr. Trump, if true, reflect normal behavior that is not enforced by government authorities. Preliminarily, the answer to that question is "yes" in every case brought against him by the defendants. From my own examination of his indictments, he is merely being called down for speaking his mind about things and passing on inaccurate bookkeeping. The most prominent charge against Mr. Trump is *fraud*, which in some situations has been made <u>de facto legal</u> by the banking industry and government itself, like when fraud is applied to the valuation of assets (see ATTACHMENT, book excerpt attached hereto) and other matters of accounting. Many accounting gimmicks are not considered fraud.

The Court can take judicial notice of the fact that numerous experts have publicly expressed that all litigation against Mr. Trump will be overturned on appeal because, among other things, they are "purely political" and brought in jurisdictions that are overwhelmingly biased. They have timed their cases to have Mr. Trump convicted and jailed at the time of the November elections. It is a nefarious attempt to utterly humiliate the United States before the entire world. It is another instance of "miscarriage of justice" against U.S. citizens, making it all the more imperative that the Court pause/stay all proceedings against Mr. Trump until a jury hears the evidence against the defendants of this case.

But as the Court considers this case, another equally important federal question is why has the Democrat Party, starting with the Obama Administration, suddenly resorted to lawless, criminalized politics that include election interference, suppression, cheating and fraud? The short answer is partially seen in Paragraph 5 of the Complaint. The Democrat Party has become part of a foreign globalist consortium that has infiltrated the U.S. government to actually destroy America. The Biden Administration is part of that consortium, which emanates from the European Union.

The American people and a potential Trump presidency stand in the way of their plans, which seek world domination and subjugation of the world's masses. It is why Democrat elites have made election interference and voter fraud and cheating systemic. And the defendants of this civil action can be held legally liable if they proceed with their election interference agenda.

### TREATISE:
### Historical Perspective of Democrat Election Interference/Fraud
### Pattern: Destruction of Children to Rob America's Future

The destruction of the United States requires systematic destruction of America's youth, either by convincing youngsters to self-destruct or by setting up myriads of situations to get them killed or stifle development, such as killing the unborn at all stages of pregnancy, legalizing and decriminalizing illicit drugs, robbing them of proper family structure, pro-crime policies, deprivation of adequate education, indoctrination with sex and counterfeit knowledge and so on.

Methodically and historically, Democrats create vices for adults, then once the vices (or sins) are normalized among adults, they systematically direct them toward youth. This is their playbook that set up their eventual need to steal elections to win.

Their agenda is criminal and felonious, for they are quite literally trying to make the nation weak and ripe for takeover by other nations. Since Biden's presidency, they have stolen and deliberately wasted trillions of tax dollars (Biden submits budgets of around $7.5 trillion, President Trump's budgets hovered at $4 trillion.) So far, they have gotten away with their criminal activities by cloaking them in *social policies*.

Democrats started priming the public for what they are doing to America today by sneakily deleting our "culture of morality." Morality is the essential social imperative by which a free people do *right* by one another.

Otherwise, in a culture of immorality, people screw over, abuse and kill one another. Children are abused most. Institutions and people become corrupt. That is the state of America today.

The Bible's term for morality—defined as to do what is "right"—is *righteousness*. Righteousness—and its variant spellings—*right, righteous, righteously,* and *rightly*—appear in the King James Bible 1,209 times. To do what is right is the purpose for which every person was created.

Of course, there is no way Dems could get away with pursuing their agenda of destruction back in 1965. Not only would people have been horrified at removing the sex organs of children and making them sterile and the idea that there are more than two sexes, Dems would never win another federal, state or local election.

They first had to remove morality from American culture to gain some degree of public acceptance for their insidious aspirations, which they did slowly over five decades under the guise of social policies. First, they passed laws in a few Democrat states (1965) to kill unborn babies under the pretext of female freedom and reproductive rights. Then a few Democrat states passed *no-fault divorce* laws (1970) to mainstream fornication, leave kids without fathers and proper family structure, and make men and

**Dem/Leftist Policies, Actions To Kill, Destroy America's Youth**

- Early term abortion
- Late term abortion
- Birthday abortion (Legal in 10 Democrat states)
- 28 day infanticide (called afterbirth abortion, legal in Colorado and California)
- When possible, deny kids their fathers while putting men and women at odds with one another.
- U.S. Dept. of Education and NEA indoctrinate K-12 youth with sex, homosexuality and transgenderism.
- In 1,500 school districts, DoE and NEA (without parental notification) entice kids to submit to removal of sex organs, puberty blockers, sterility, under guise of *sex change.*
- After stigmatizing trade skills training, DoE bureaucrats shut down vast majority of vocation/trade high schools.
- DoE and NEA de-emphasize education basics such as reading, writing, arithmetic while making Leftist ideology an education priority.
- DoE and NEA have largely removed *cursive handwriting* instruction from education.
- Biden Admin. moved DoE and NEA to urge K-12 schools to shift to 4-day school week.
- Leftist NGOs, such as Am. Psychological Assoc. and Am. Psychiatric Assoc. are part of DoE and NEA scheme to *misprescribe* psychotropic drugs to boys to blunt natural male physical play and activity.
- Legalization and decriminalization of illicit drugs to make them easily accessible to youngsters.
- Pro-crime policies for adults to entice youngsters to think criminal activity is "cool" and acceptable.
- DoE removing scholastic advancement based on *merit* from education system.
- DoE and NEA, where allowed, have abolished homework and tests for K-12 students.

women disdain one another under the pretext of female freedom. By 1975, Leftist operatives began selling the idea that it is cool for two men to have sex. They strived and manipulated for five decades to get public acceptance of homosexuality.

In 1977, Leftist NGOs such as the ACLU, NEA, NOW, etc., and Leftist politicians tricked President Jimmy Carter into creating the U.S. Department of Education (DoE) to give Leftist education bureaucrats power over K-12 schools in every state. Carter was not aware of their motives, which were to send America's K-12 and college education systems into decline and systematically indoctrinate youth with sex, homosexuality, transgenderism and Leftist ideology. (See two editions of Professor Christina Hoff Sommers's book *The War Against Boys*. She means a real war.) The sad condition of the education system today speaks for itself.

The linchpin for public acceptance of immorality was the gaining of government recognition, even if only at the state level; i.e., to turn Leftists' initiatives of immorality into law by state legislation or judicial fiat. Once government says a vice is okay, then the mainstream begins to accept it as okay.

### Obama Presidency Set Final Stage for Democrat Culture of Election Interference and Fraud

The Obama Administration appointed two justices to the Supreme Court to force every state to make gay marriage legal. After the Court did so in *Obergefell v. Hodges* (2015), Obama signed Executive Orders attempting to force doctors to perform sex change surgeries on adults and kids and to force K-12 schools to open girls' restrooms, locker rooms and dressing facilities to males who identify as female.

All of this emanates from the EU Deep State. Obama's presidency marked the start of consolidating globalists' designs on the U.S. It was the start of Leftist elites to force Leftist extremes and immorality upon all of America, and prepare to dissolve U.S. sovereignty by eliminating the U.S border, among other things. A Clinton presidency, if Hillary Clinton had won in 2016, was to be a continuation of the unconstitutional, unlawful path Obama had begun. However, her unpopularity among many made the 2016 presidential race too close to call, placing their all important globalist agenda in jeopardy.

In an effort to put the 2016 election in Leftists' favor, Democrat operatives, including Clinton and figures within the FBI, began to falsely accuse Mr. Trump of Russian collusion and financed the well known fraudulent "Steel dossier" to support the Russian collusion lie.

Trump's victory in 2016 was a monkey wrench thrown into their globalist agenda. The stakes of the 2020 campaign were also crucial for Democrats. When it came out that the infamous "Hunter Biden laptop" documented Defendant Biden's history of selling U.S. secrets and influence to China and other nations, Biden's campaign composed a fraudulent letter signed by fifty-one (51) current and former U.S.

intelligence officials publishing the lie that Hunter's laptop is a Russian hoax. By all accounts, that great fraud helped Biden win the 2020 presidential election.

From the Obama presidency on, Democrats were put in a position by which, in order to consummate their globalist scheme, they have to win elections by any means necessary, even if it means committing serious crimes.

## Conclusion

The Congressional impeachment proceedings against Defendant Biden have exposed him as a career criminal who made tens of millions selling U.S. secrets. Everything Biden does has an ulterior and criminal motive. His and Dems' history of election interference is evidence and a predictor of current and future electoral corruption as alleged in the Complaint. The American people, through the Courts, have cause to pause defendants' cases against Mr. Trump so a jury can ascertain that each defendant in the Complaint are committing election interference and crimes to corrupt the presidential elections.

_End_

Respectfully submitted this ___19TH___ day of April, 2024.

_David Cobble_
David Cobble